UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

FELIX DAVID VASQUEZ GUZMAN,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

No. 1:25-CV-209-H

## ORDER

Before the Court is Felix David Vasquez Guzman's petition for writ of habeas corpus and request for declaratory and injunctive relief. Dkt. No. 1. The petition states that a motion for a Temporary Restraining Order (TRO) is "forthcoming," *id.* at 17, but Vasquez has not yet filed such a motion.

The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than October 30, 2025. The petitioner may file a reply to the respondents' answer by no later than November 13, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on October 14, 2025, a notice addressing what notice, if any, the respondents will give the petitioner's counsel and the Court prior to moving the petitioner outside of the Northern District of Texas.

Service of this Order, as well as the petition (Dkt. No. 1), shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy

Larson, by 9:00 a.m. CT on October 14, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on October 10, 2025.

                                                JAMES WESLEY HENDRIX
                                                UNITED STATES DISTRICT JUDGE